UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN HENRY HENNESSEY V

    Plaintiff,

v.   Case No.: 2:25-cv-219-SPC-KCD

CARMINE MARCENO *et al.*,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff John Henry Hennessey's Complaint (Doc. 1). Hennessey is a pretrial detainee in the Lee County Jail, and he sues local, state, and federal officials for ignoring his claims that he is a "living, flesh and blood man" and a citizen of the Florida Republic and the Moorish Al Moroccan Empire and continuing to detain him despite his claims. He seeks $10 billion in silver and gold bullion.

Hennessey's Complaint is frivolous. Courts have consistently rejected claims that self-declared "sovereign citizens," "flesh-and-blood human beings," Moorish nationals, and citizens of the Moroccan Empire are beyond the jurisdiction of the United States. *See United States v. Benabe*, 654 F.3d 753, 767 (11th Cir. 2011) ("Regardless of an individual's claimed status of descent, be it as a 'sovereign citizen,' a 'secured-party creditor,' or a 'flesh-and-blood

human being,' that person is not beyond the jurisdiction of the court. These theories should be summarily rejected, however they are presented."); *Trevino v. Florida*, 687 F. App'x 861 (11th Cir. 2017) (claims by so-called "sovereign citizens" and "flesh-and-blood human beings" that they are beyond a court's jurisdiction are frivolous and should be summarily dismissed); *Bey v. Cty. of Tampa Code Enforcement*, 607 F. App'x 892, 897 (11th Cir. 2015) (city could enforce its code against self-declared Moorish National). Summary dismissal of Hennessey's complaint is appropriate.

Accordingly, it is now

**ORDERED:**

Plaintiff John Henry Hennessey's Complaint (Doc. 1) is **DISMISSED as frivolous**. The **Clerk** is directed to terminate any pending motions and deadlines, enter judgment, close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 19, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record